## 36255. CENTRAL OF GEORGIA RAILWAY COMPANY v. ROBERTS.

CARLISLE, J. This court in a judgment entered in this case (*Central of Ga. Ry. Co.* v. *Roberts,* 94 *Ga. App.* 600, 95 S. E. 2d 693), affirmed the judgment of the City Court of Albany, and the Supreme Court on certiorari having reversed the judgment of this court (*Central of Ga. Ry. Co.* v. *Roberts,* 213 *Ga.* 135, 97 S. E. 2d 149), the judgment of affirmance originally rendered by this court is vacated, and the judgment of the trial court is reversed.

*Judgment reversed. Felton, C. J., Gardner, P. J., and Townsend, Quillian and Nichols, JJ., concur.*

DECIDED APRIL 2, 1957.

*Farkas, Landau & Davis, Leonard Farkas,* for plaintiff in error.
*H. G. Rawls, Burt & Burt, H. P. Burt,* contra.